## United States Bankruptcy Court
### Northern District of Alabama

In re  **Maria A Watkins**                                           Case No.
                          Debtor(s)                                  Chapter    **7**

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Maria A Watkins**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **April 27, 2009**              Signature  **/s/ Maria A Watkins**
                                                 **Maria A Watkins**
                                                 Debtor